UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff

vs.                                    Civil Action No 04-303-Erie
                                        Misc. No.

LARRY W LAFFERTY and
BETH A LAFFERTY

    Defendants

## AFFIDAVIT

I, Lori A Gibson, attorney for the Plaintiff, deposes and says that the averments contained in the foregoing Motion for Alternative Service are true and correct to the best of my knowledge, information and belief

_____
Lori A Gibson, Esquire
Attorney for the United States of America

I hereby declare, under penalty of perjury, that the facts of the foregoing are true and correct to the best of my knowledge, information and belief

Executed on the ___1___ day of __Sept__ 2005

_____
Lori A. Gibson, Esquire
Attorney for the United States of America