UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No : 04-303-Erie |
| v ) | |
| ) | |
| LARRY W. LAFFERTY and ) | |
| BETH A. LAFFERTY ) | |
| ) | |
| Defendants, ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion for Alternative Service was served on the following parties on the ___6___ day of ___Sept___, 2005 by U.S. First-Class Mail.

BETH A LAFFERTY
3211 Skellie Avenue
Erie, PA 16510

LORI A GIBSON
PA ID NO: 68013