UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff

vs.                                    Civil Action No 04-303-Erie
                                         Misc. No.

LARRY W. LAFFERTY and
BETH A. LAFFERTY

    Defendants

## ORDER OF COURT

AND NOW, to wit, this \_\_\_\_\_ day of _____, 2005 upon consideration of Plaintiff's Motion for Alternative Service, it is hereby ORDERED, ADJUDGED AND DECREED that service in this case shall be made on the Defendant, Beth A Lafferty, by posting the mortgaged property known as 4230 S. Washington Street, North East, PA 16428 and by regular mail to Defendant Beth A Lafferty's last known mailing address of 3211 Skellie Avenue, Erie, PA 16510

                                                                BY THE COURT:

                                                      _____, J

BAH000645V001
9/1/2005