UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff

Civil No 04-303-ERIE

vs

LARRY W. LAFFERTY AND
BETH A. LAFFERTY

    Defendants

## CERTIFICATE OF SERVICE

I, LORI A. GIBSON, certify that, this __13__ day of __Sept__, 2005, I served a true and correct copy of the foregoing MOTION FOR SECOND ENLARGEMENT OF TIME OF 120 DAYS TO SERVE COMPLAINT IN MORTGAGE FORECLOSURE ON DEFENDANT BETH A LAFFERTY upon the following individual by regular First Class United States Mail, postage prepaid

BETH A. LAFFERTY
3211 Skellie Avenue
ERIE, PA 16510

Lori A. Gibson, Esquire