IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT FOR PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff,

    Vs                          CASE NO 04-303-ERIE

LARRY W. LAFFERTY AND
BETH A. LAFFERTY

    Defendant(s)

## PRAECIPE TO REISSUE SUMMONS

To the Clerk of Court:

    Kindly reissue the Summons in the above-captioned case.

                                      Respectively submitted,
                                      BERNSTEIN LAW FIRM, P.C

                                      By:_____
                                      Lori A. Gibson, Esquire
                                      Attorney for Plaintiff
                                      PA I D, #68013
                                      Suite 2200 Gulf Tower
                                      Pittsburgh, PA 15219
                                      DIRECT DIAL: 412 456-8100