USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See "Instructions for Service of Process by U.S. Marshal"* |
|---|---|

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>04-303-ERIE |
|---|---|
| DEFENDANT<br>LARRY W. LAFFERTY AND BETH A. LAFFERTY | TYPE OF PROCESS<br>SUMMONS/COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
BETH A. LAFFERTY
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3211 SKELLIE AVENUE, ERIE, PA 16510

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

THE BERNSTEIN LAW FIRM
2200 GULF TOWER
PITTSBURGH, PA 15219
LORI A. GIBSON, ESQUIRE

**FILED**
FEB 13 2006
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVA...

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

NO ANSWER BY MAIL. PLEASE SERVE THE ABOVE INDIVIDUAL ON OR BEFORE JANUARY 3, 2006. PLEASE INDICATE BELOW IF DEFENDANT APPEARS COMPETENT AND IF DEFENDANT IS IN THE MILITARY SERVICE.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 412-456-8100
DATE: 12-1-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin: No. 68
District to Serve: No. 68
Signature of Authorized USMS Deputy or Clerk
Date: 12/3/05

[ ] I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[✓] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*
Date: 1/31/06   Time: UNKN

Service Fee: $15.00   Total Mileage Charges including endeavors: $4.45   Forwarding Fee: $0   Total Charges: $53.45   Advance Deposits:   Amount owed to U.S. Marshal or Amount of Refund: $53.45

REMARKS: Attempt 12/14/05   Attempt 12/19/05   Attempt 1/9/06
APPEARS COMPETENT ___ YES ___ NO   MILITARY SERVICE ___ NO ___ YES

All Attempts To Find anyone home at the above Residence was met with Negative Results

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/15/80
Automated 01/00

10 En 12/16/05

◆AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Western__ District of __Pennsylvania__

United States of America

v

Larry W. Lafferty and
Beth A. Lafferty

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-303-Erie

TO: (Name and address of Defendant)

Beth A. Lafferty
3211 Skellie Avenue
Erie, PA 16510

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bernstein Law Firm
2200 Gulf Tower
Pittsburgh, PA 15219

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  9-27-05