UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff

    Vs                                      Civil No 04-303-ERIE

LARRY W. LAFFERTY AND
BETH A. LAFFERTY

    Defendants

## ORDER OF COURT

AND NOW, to wit, this _____ day of _____, 2006, upon consideration of Plaintiff's Motion For Third Enlargement of Time, it is hereby ORDERED that Plaintiff's Motion is granted and Plaintiff has an additional 120 days to serve Defendant, Beth A. Lafferty

BY THE COURT:

J _____