F0053767

Case 1:04-cv-00303-SJM   Document 8   Filed 09/07/2005   Page 1 of 1

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff

    vs                              Civil Action No 04-303-Erie
                                        Misc No

LARRY W LAFFERTY and
BETH A LAFFERTY

    Defendants

### ORDER OF COURT

AND NOW, to wit, this _____ day of _____, 2005 upon consideration of

Plaintiff's Motion for Alternative Service, it is hereby ORDERED, ADJUDGED AND DECREED that

service in this case shall be made on the Defendant, Beth A Lafferty, by posting the mortgaged property

known as 4230 S Washington Street, North East, PA 16428 and by regular mail to Defendant Beth A

Lafferty's last known mailing address of 3211 Skellie Avenue, Erie, PA 16510

BY THE COURT:

**Sean J. McLaughlin**
Digitally signed by Sean J. McLaughlin
DN: CN = Sean J. McLaughlin, C = US
Date: 2005.09.07 16:12:21 -04'00'

_____

BAH000645V001
9/1/2005