IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
    Plaintiff

    vs.                         Civil Action No. 04-303-Erie

LARRY W. LAFFERTY AND
BETH A. LAFFERTY,

    Defendants.

### AFFIDAVIT OF SERVICE UPON DEFENDANT BETH A. LAFFERTY

        Lori A. Gibson, Esquire, deposes and says that she is an Attorney with the Bernstein Law Firm, P.C., Private Counsel to United States of America for the Western District of Pennsylvania and counsel for plaintiff, United States of America, herein; and that a copy of the Summons and Complaint was sent to the Defendant by Certificate of Mailing form 3817 on March 9, 2006 as evidenced by a copy of the certificate of mailing attached hereto.

        I hereby declare, under penalty of perjury, that the foregoing is true and correct. Executed on _5-4-06_ .

                                  LORI A. GIBSON, ESQUIRE
                                    Attorney for Plaintiff
                                    PA I.D.#68013
                                    Bernstein Law Firm, P.C.
                                    Suite 2200 Gulf Tower
                                    Pittsburgh, PA  15219
                                    Phone: 412-456-8100
                                    Bernstein File No. F0052767

| U.S. POSTAL SERVICE | CERTIFICATE OF MAILING |
| --- | --- |

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL. DOES NOT
PROVIDE FOR INSURANCE—POSTMASTER

Bernstein Law Firm, P.C.

Received From:

Suite 2200 Gulf Tower

Pittsburgh, PA 15219

(412) 456-8100

One piece of ordinary mail addressed to:

Beth Lafferty
3211 Skellie Avenue
ERie, PA 16510

PS Form 3817, January 2001

FC052767

U.S. POSTAGE PB2213659

$00.950  MAR 09 06

MAILED FROM ZIP CODE 15222

1531
7442
5201

MAR
9