IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff

    vs.                Civil Action No. 04-303-Erie

LARRY W. LAFFERTY AND
BETH A. LAFFERTY,

    Defendants.

PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AS TO DEFENDANTS LARRY W. LAFFERTY AND BETH A. LAFFERTY

TO: The Clerk of the U.S. District Court for the Western District of Pennsylvania

    Kindly enter the default of the Defendants, Larry W. Lafferty and Beth A. Lafferty, for failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure as appears in the Declaration of Lori A. Gibson, Esquire hereto attached.

                                      BERNSTEIN LAW FIRM, P.C.

                                      By: _____
                                      Lori A. Gibson, Esquire
                                      Attorney for Plaintiff
                                      Suite 2200 Gulf Tower
                                      Pittsburgh, PA 15219
                                      (412) 456-8100

                                      **BERNSTEIN FILE NO. F0052767**

AND NOW, This _____ day of _____, 2006 pursuant to request to enter default and affidavit filed, default is hereby entered against Defendant, _____, for failure to plead or otherwise defend.

                                        Clerk_____