IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff

    vs.        Civil Action No. 04-303-Erie

LARRY W. LAFFERTY AND
BETH A. LAFFERTY,

    Defendants

## DECLARATION OF LORI A. GIBSON, ESQUIRE

I, Lori A. Gibson, Esquire, being of legal age and competent to be a witness, declare and state as follows:

1. The Bernstein Law Firm is the Attorney for the Plaintiff, The United States of America;
2. That Defendant, Larry W. Lafferty signed a Waiver of Service of Summons on October 28, 2004.
3. That the Complaint and Summons were served on Defendant, Beth A. Lafferty on April 7, 2006.
4. That the time within which Defendants may answer or otherwise move as to the Complaint has expired; and
5. That the Defendants have not answered or otherwise moved and that the time for Defendants to answer or otherwise move has not been extended

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5-4-06

THE BERNSTEIN LAW FIRM, P.C.

By: _____
Lori A. Gibson, Esquire
PA ID 68013
2200 Gulf Tower
Pittsburgh, PA  15219
412-456-8100