IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                    Civil Action No. 04-303-Erie

LARRY W. LAFFERTY AND
BETH A. LAFFERTY,
    Defendants,

**JUDGMENT**

**AND NOW**, to wit, this _____ day of _____, 2006, after presentation and consideration of the foregoing Motion Upon Default for Judgment in Mortgage Foreclosure, heretofore filed by the Plaintiff, the United States of America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that Judgment by Default is hereby entered against Defendants Larry W. Lafferty and Beth A. Lafferty, for failure of answer and in favor of Plaintiff, the United States of America, as follows:

    (a) Principal and Advances .................................... $75,125.51
    (b) Interest through 5/10/06 .................................. $16,161.83
    (d) Interest Credit Subject to Recapture ............ $ 20,642.36
    (e) Attorney fees ................................................... $    915.00
    Total ....................................................................... $112,844.70

together with interest at 9% per annum to the date of Judgment, plus interest accruing from the date of Judgment at the legal rate and costs.

It is further ORDERED that the subject property hereby shall be and is exposed for the purpose of satisfying Plaintiffs' Judgment.

It is further ORDERED that a deficiency judgment as to Defendant, Larry W. Lafferty, only, is entered for the balance due and any on the default judgment after deduction of monies received as a result of the sale of the subject property.

It is further ORDERED that Plaintiff shall be paid the amount adjudged due Plaintiff with interest thereon to the time of such payment, together with costs of this action and the expenses of sale.

_____
United States District Court Judge