IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff,

    vs.                            Civil Action No. 04-303-Erie

LARRY W. LAFFERTY AND
BETH A. LAFFERTY,

    Defendants.

## AFFIDAVIT

I, Lori A. Gibson, attorney for the Plaintiff, deposes and says that the averments contained in the foregoing Motion Upon Default for Judgment in Mortgage Foreclosure are true and correct to the best of my knowledge, information and belief.

                                              Lori A. Gibson, Esquire
                                              Attorney for the United States of America

I hereby declare, under penalty of perjury, that the facts of the foregoing are true and correct to the best of my knowledge, information and belief.

Executed on the ____10____ day of __MAY__ 2006.

                                              Lori A. Gibson, Esquire
                                              Attorney for the United States of America