IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
    Plaintiff,
        vs                                  Civil Action No. 04-303Erie

LARRY W. LAFFERTY AND
BETH A. LAFFERTY
    Defendants

**PRAECIPE FOR WRIT OF EXECUTION**

To the Clerk of Court:

| | |
|---|---|
| Principal | $75,125.51 |
| Interest to 5/10/06 | $16,161.83 |
| Interest Credit Subject to Recapture | $20,642.36 |
| Administrative Costs | $   150.00 |
| Marshal Costs | $   273.63 |
| Attorney Fees | $   915.00 |
| Total | $113,268.33 |

        Plus interest from May 11, 2006, the date of Judgment at the legal rate and future costs to be added.

                                                  Respectfully submitted,
                                                  BERNSTEIN LAW FIRM, P.C.

                                                  By: _____
                                                Lori A. Gibson, Esquire
                                                Attorney for Plaintiff
                                                PA I.D. #68013
                                                Suite 2200 Gulf Tower
                                                Pittsburgh, PA 15219
                                                **DIRECT DIAL: (412) 456-8100**