IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff,
    vs                                          Civil Action No. 04-303Erie

LARRY W. LAFFERTY AND
BETH A. LAFFERTY

    Defendants

## WRIT OF EXECUTION

United States of America    )
                                    )  ss:
Western District of Pennsylvania  )

To the United States Marshal, Western District of Pennsylvania:

To satisfy Judgment, interest and costs in the above matter you are directed to levy upon and sell the following described property:

All that certain piece or parcel of land situate in the Township of North East, County of Erie and the State of Pennsylvania, and being Lot No. Four (4) as set forth in the plan of Country Creek Subdivision Phase I as recorded in Erie County Map Book 35, at Page 124, to which plan reference is hereby made for a further description thereof; being commonly known and municipally numbered as 4230 South Washington Street, North East, Pennsylvania, and bearing Erie County Tax Index No (37) 23-91-14.04.

BEING the same premises conveyed to Larry W Lafferty and Beth A. Lafferty by deed dated October 11, 1990 and recorded in the Office of the Recorder of Deeds of Erie County, Pennsylvania in Deed Book Volume 140, Page 418 on October 12, 1990

Issue Writ of Execution in the above matter:

| | |
|---|---|
| Principal | $75,125.51 |
| Interest to 5/10/06 | $16,161.83 |
| Interest Credit Subject to Recapture | $20,642.36 |
| Administrative Costs | $   150.00 |

NLA003553V001
8/8/2006

| | |
|---|---|
| Marshal Costs | $ 273.63 |
| Attorney Fees | $ 915.00 |
| Total | $113,268.33 |

Plus interest from May 11, 2006 the date of Judgment at the legal rate and future costs to be added

CLERK OF COURT

Seal of the Court
Date:_____, 2006

_____
DEPUTY CLERK

NLA003553V001
8/8/2006