IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff,

        vs.                                          Civil Action No. 04-303Erie

LARRY W. LAFFERTY AND
BETH A. LAFFERTY

    Defendants

## AFFIDAVIT OF LAST KNOWN ADDRESS

        Lori A Gibson deposes and says that she is Attorney for Plaintiff, United States of America, and that to the best of her knowledge, information and belief, the name and last known address(es) of the defendant and the owner or reputed owner of the property in question is as follows:

LARRY W. LAFFERTY & BETH A. LAFFERTY
4230 S WASHINGTON STREET
NORTH EAST, PA 16428

BETH A. LAFFERTY
3211 SKELLIE AVENUE
ERIE, PA 16510

                                                            Lori A Gibson, Esquire

Sworn to and subscribed
before me this 16th day
of August, 2006

_____
Notary Public

**COMMONWEALTH OF PENNSYLVANIA**
Notarial Seal
Nancy Altman, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires June 19, 2010

Member, Pennsylvania Association of Notaries
NLA003553V001
8/8/2006