U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CA 04-303 Erie |
| DEFENDANT | TYPE OF PROCESS |
| LARRY W. LAFFERTY & BETH A. LAFFERTY | WRIT OF EXECUTION |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ORIGINAL NOT SERVED

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

BERNSTEIN LAW FIRM, P.C.
LORI A GIBSON, ESQUIRE
SUITE 2200 GULF TOWER
PITTSBURGH, PA 15219

Number of process to be served with this Form 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

PLEASE MAKE SERVICE BY (1) DATING RECEIPT, (2) CHECKING BOX FOR "HAVE EXECUTED AS SHOWN IN REMARKS", (3) SIGNING REMARKS BELOW, AND (4) FILING ORIGINAL WRIT OF EXECUTION WITH YOUR FORM 285 RETURN.

Signature of Attorney other Originator requesting service on behalf of:
☐ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: 412-456-8100
DATE: 8-10-06

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 4
District of Origin No. 68
District to Serve No. 68
Signature of Authorized USMS Deputy or Clerk
Date: 8/31/06

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 9-12-06   Time: 10:00 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $8.00 | ∅ | ∅ | $8.00 | | |

REMARKS: ON RECEIPT OF THIS WRIT OF EXECUTION, I HEREBY LEVY ON THE REAL PROPERTY DESCRIBED IN THE REAL PROPERTY DESCRIPTION ATTACHED HERETO.

Assigned to Deputy Susser on 9-12-06.

DEPUTY U.S. MARSHAL

| PRIOR EDITIONS MAY BE USED | **PRINT 5 COPIES:** 1. CLERK OF THE COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGMENT OF RECEIPT | FORM USM-285<br>Rev. 12/15/80<br>Automated 01/00 |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff,

        vs                                      Civil Action No. 04-303Erie

LARRY W. LAFFERTY AND
BETH A. LAFFERTY

    Defendants

### WRIT OF EXECUTION

| | |
|---|---|
| United States of America | ) |
| | ) ss: |
| Western District of Pennsylvania | ) |

To the United States Marshal, Western District of Pennsylvania:

    To satisfy Judgment, interest and costs in the above matter you are directed to levy upon and sell the following described property:

All that certain piece or parcel of land situate in the Township of North East, County of Erie and the State of Pennsylvania, and being Lot No. Four (4) as set forth in the plan of Country Creek Subdivision Phase I as recorded in Erie County Map Book 35, at Page 124, to which plan reference is hereby made for a further description thereof; being commonly known and municipally numbered as 4230 South Washington Street, North East, Pennsylvania, and bearing Erie County Tax Index No (37) 23-91-14.04.

BEING the same premises conveyed to Larry W. Lafferty and Beth A. Lafferty by deed dated October 11, 1990 and recorded in the Office of the Recorder of Deeds of Erie County, Pennsylvania in Deed Book Volume 140, Page 418 on October 12, 1990

Issue Writ of Execution in the above matter:

| | |
|---|---|
| Principal | $75,125.51 |
| Interest to 5/10/06 | $16,161.83 |
| Interest Credit Subject to Recapture | $20,642.36 |
| Administrative Costs | $ 150.00 |

KLA003553V001
8/8/2006

| | |
|---|---|
| Marshal Costs | $ 273.63 |
| Attorney Fees | $ 915.00 |
| Total | $113,268.33 |

Plus interest from May 11, 2006 the date of Judgment at the legal rate and future costs to be added

CLERK OF COURT

*R.V. Barth, Jr.*

Seal of the Court
Date: Aug. 18, 2006

*signature*
DEPUTY CLERK

NLA003553V001
8/8/2006