IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff

vs.                                                                          Civil Action No.04-303Erie

LARRY W. LAFFERTY AND
BETH A. LAFFERTY

    Defendant(s)

### AFFIDAVIT OF LIENHOLDER

Lori A. Gibson, deposes and says that she is an Attorney with the Bernstein Law Firm, P.C., Private Counsel to United States of America for the Western District of Pennsylvania and counsel for plaintiff United States of America; herein that a diligent effort has been made to identify all persons having mortgages, judgments, or other liens on the subject premises; and that the following such persons have been mailed notice of the United States Marshal's Sale in the same form as the handbill by regular mail on October 4, 2006 at the following addresses:

Resource Bank d/b/a
Resource Bank Mortgage
11417 Sunset Hill Road #228
Reston, VA 20190

Erie County Tax Claim Bureau
Courthouse
140 West 6th Street
Erie, PA 16501

North East Township
Water and Sewer Department
P.O. Box 249
North East, PA 16428

Scott Hammer, Tax Collector
10915 Sidehille Road
North East, PA 16428

NLA003627V001

Commonwealth of Pennsylvania
Department of Revenue
Bureau of Individual Taxes
Inheritance Tax Division
Dept. 280601
Harrisburg, PA 17128-0601

Sovereign Bank
1130 Berkshire Blvd.
Wyomissing, PA 19610

North East Township
P.O. Box 249
North East, PA 16428

North East School District
Administration Office
50 E. Division Street
North East, PA 16428

Child Support Enforcement Agency
Courthouse Annex
140 West 6th Street
Erie, PA 16501

Firstplus Financial Inc.
1600 Viceroy Drive
Dallas, TX 75235-2306

I hereby declare, under penalty of perjury, that the foregoing is true and correct.
Executed on  10-4-06

Lori A. Gibson, Esquire
Bernstein Law Firm, P.C.
Suite 2200 Gulf Tower
Pittsburgh, PA  15219
Phone: 412-456-8100
Bernstein File No. F0052767

NLA003627V001