U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CA 04-303 Erie |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| LARRY W. LAFFERTY & BETH A LAFFERTY | HANDBILL/ATTEND SALE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
STEPS EAST SIDE OF ERIE COURTHOUSE, ERIE, PA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

BERNSTEIN LAW FIRM, P.C.
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
(412) 456-8100

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

PLEASE ATTEND MARSHAL"S SALE SCHEDULED FOR November 20, 2006 AT 9:30 am. THE OPENING BID IS $57,740.00.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Cheryl A. Bauer, Legal Asst
TELEPHONE NUMBER: 412-456-8100
DATE: 10/18/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin: No. 68
District to Serve: No. 68
Signature of Authorized USMS Deputy or Clerk
Date: 10/18/06

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
Date: 11/20/06   Time: 9:30 ☐ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) |
|---|---|---|---|---|---|
| 45.00 | | | LS 18.80 | | 45.00 |

REMARKS: SOLD TO: EARL H. BURNS
ADDRESS 38 MANOR ST
IMPERIAL, PA 15126
PHONE: 412-401-0757

AMOUNT SOLD TO HIGHEST BIDDER
$ 62,000
AMOUNT DEPOSITED AS OF THIS DATE
$ 10,000

PRIOR EDITIONS MAY BE USED
PRINT 5 COPIES
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.

FORM USM-285
Rev. 12/15/80
Automated 01/00

**MARSHAL'S SALE:** By virtue of a Writ of Execution issued out of the United States Court for the Western District of Pennsylvania and to me directed, I shall expose the following real property to public sale at the Erie County Courthouse, Erie, PA hereinafter described property 4230 S. Washington Street, Pennsylvania 16428 being more fully described as follows:

All that certain piece or parcel of land situate in the Township of North East, County of Erie and the State of Pennsylvania, and being Lot No. Four (4) as set forth in the plan of Country Creek Subdivision Phase I as recorded in Erie County Map Book 35, at Page 124, to which plan reference is hereby made for a further description thereof: being commonly known and municipally numbered as 4230 South Washington Street, North East, Pennsylvania, and bearing Erie County Tax Index No. (37) 23-91-14.04.

BEING the same premises conveyed to Larry W. Lafferty and Beth A. Lafferty by deed dated October 11, 1990 and recorded in the Office of the Recorder of Deeds of Erie County, Pennsylvania in Deed Book Volume 140, Page 418 on October 12, 1990.

**SAID SALE** to be held at the **STEPS EAST SIDE OF ERIE COUNTY COURTHOUSE, ERIE, PA** at **9:30 a.m.** prevailing, standard time, on **November 20, 2006.**

All those certain tracts of land, together with the buildings, and improvements erected thereon described as Tax Index No. (37) 23-91-14.04 in Erie County, Assessment Office Erie, Pennsylvania. Seized and taken in execution as the property of Larry W. Lafferty and Beth A. Lafferty, at the suit of the United States of America, acting through the Under Secretary of Rural Development, on behalf of Rural Housing Service, United States Department of Agriculture, to be sold on Writ of Execution as Civil Action Number 04-303Erie. TERMS OF SALE: Successful bidder will pay ten percent (10%) by certified check or money order and the remainder of the bid within thirty (30) days from the date of the sale and in the event bidder cannot pay the remainder, the property will be resold and all monies paid in at the original sale will be applied to any deficiency in the price at which the property is resold. On behalf of the U. S. Marshals Service, we are allowing the highest bidder to secure by official bank check or money order the 10% of the highest bid amount within one hour of the conclusion of the sale. Notice is hereby given that a Schedule of Distribution will be filed by me on the thirtieth day after the date of sale, and that distribution will be made in accordance with the Schedule unless exemptions are filed thereto within ten (10) days thereafter. Purchaser must furnish State Realty Transfer Tax Stamps, and stamps required by the local taxing authority. Purchaser shall furnish Marshal with Grantee information at the sale. Marshal's costs, fees and commissions are to be borne by seller.    Thomas M. Fitzgerald, United States Marshal. For additional information visit www.resales.usda.gov or contact Patricia Shufflebarger at 717-237-2293.