IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff

vs.                                                                                                          Civil Action No. No 04-303E

LARRY W. LAFFERTY AND
BETH A. LAFFERTY

    Defendants

## SCHEDULE OF DISTRIBUTION

    Real property cried and sold to Earl H. Burns in consideration of the sum of $62,000.00. Total bid to the United States of America, acting through the United States Department of Agriculture, to be applied to the within judgment as above captioned; $61,552.26. Other amounts distributed from proceeds of the sale re set forth in detail in Exhibit "A" which is attached hereto.

*[signature]*
Thomas M. Fitzgerald
United States Marshal for the
Western District of Pennsylvania

CAB0010503V001
1/9/2007

Distribution of money received from sale of real estate of Larry W. Lafferty and Beth A. Lafferty by Thomas M. Fitzgerald, United States Marshal, November 20, 2006 at Civil Action No. 04-303E

Bid: $62,000.00

U.S. Marshal's Costs.................................$447.74

$447.74

Balance: $61,552.26