IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff

    vs.                                         Civil Action No. No 04-303E

LARRY W. LAFFERTY AND
BETH A. LAFFERTY

    Defendants

## PRAECIPE TO ENTER PROOF OF PUBLICATION

To the Clerk of Court:

    Please enter the proofs of publication for the above-captioned case.

*[signature]*
Lori A. Gibson, Esquire
Deborah R. Erbstein, Esquire

# *Erie County Legal Journal*

# Proof of Publication of Notice

STATE OF PENNSYLVANIA } SS:
COUNTY OF ERIE

_____**Paula J. Gregory**_____, Associate Editor of the Erie County Legal Journal, being duly sworn according to law, deposes and says that the Erie County Legal Journal is the duly designated legal newspaper for Erie County, Pennsylvania, which legal newspaper was established in 1945, and is published by the Erie County Bar Association, 302 West 9th Street, Erie, Erie County, Pennsylvania 16502; and that a copy of the printed notice of publication is attached hereto exactly as printed or published in the issue or issues of said legal newspaper on the following date or dates:

## COPY OF NOTICE

Friday, __October 27, and November 3, 10, 17__, 20**06**

**LEGAL NOTICE**
MARSHAL'S SALE: By virtue of a Writ of Execution issued out of the United States Court for the Western District of Pennsylvania and to me directed, I shall expose the following real property to public sale at the Erie County Courthouse, Erie, PA hereinafter described property 4230 S Washington Street, Pennsylvania 16428 being more fully described as follows:
All that certain parcel of land situate in the Township of North East, being Lot No Four (4) in the plan of Conneaut Creek Subdivision Phase 1... one (1) to the highest bid amount within one hour of the conclusion of the sale. Notice is hereby given that a Schedule of Distribution will be filed by me on the thirtieth day after the date of sale, and that distribution will be made in accordance with the Schedule unless exemptions are filed thereto within ten (10) days thereafter. Purchaser must furnish State Realty Transfer Tax Stamps, and stamps required by the local taxing authority. Purchaser shall furnish Marshal with Grantee information at the sale. Marshal's costs, fees and commissions are to be borne by seller. Thomas M Fitzgerald, United States Marshal. For additional information visit www.resales.usda.gov or contact Patricia Shufflebarger at 717-237-2293

*the ECBA offices by Friday*

The affiant further states that s/he is the designated agent of Erie County Bar Association, the owner of said legal newspaper, that s/he is not interested in the subject matter of the aforesaid notice or advertising, and that all the allegations of the aforesaid statement as to time, place and character of publication are true.

_____, *Associate Editor*

Sworn to and subscribed before me this __21st__ day of __November__, 20**06**

_____
*Notary Public*

**MY COMMISSION EXPIRES**

NOTARIAL SEAL
Sandra Brydon Smith, Notary Public
Commonwealth of Pennsylvania
My Commission Expires July 14, 2010

OATH of PUBLICATION
In
THE ERIE TIMES-NEWS

COMBINATION EDITION

---

BERNSTEIN BERNSTEIN KRAWEC & W
GULF TOWER
707 GRANT ST STE 2200
PITTSBURGH PA  15219-1945

REFERENCE: L0001789
           0000747600 MARSHALS SALE BY VIR

STATE OF PENNSYLVANIA)
COUNTY OF ERIE       )  SS:

James E. Dible being duly sworn, deposes and says that he is the Publisher of the Times Publishing Company, which publishes: the
Erie Times-News, established October 2, 2000, a daily newspaper of general circulation, successor, by consolidation, of the Morning News, established January 1957, and
the Erie Daily Times, established April 1888, daily newspapers of general circulation, and published at Erie, Erie County, Pennsylvania, and that the notice of which the attached is a copy published, in the regular editions of said newspaper of the dates referred to below.
Affiant further deposes that he is duly authorized by the TIMES PUBLISHING COMPANY, publisher of The Erie Times-News to verify the foregoing statement under oath, and affiant is not interested in the subject matter of the aforesaid notice or advertisement, and that all allegations in the foregoing statement as to time, place and character of publication are true.

PUBLISHED ON: 10/23 10/30 11/06 11/13

TOTAL COST: 1,170.80          AD SPACE: 112 LINE
FILED ON:   11/13/06

---

Sworn to and subscribed before me this
14th day of November 2006    Affiant: _James E. Dible_
NOTARY: _Tami J. Brown_

**NOTARIAL SEAL**
TAMI J. BROWN, NOTARY PUBLIC
ERIE, ERIE COUNTY, PENNA.
MY COMMISSION EXPIRES ON MARCH 30, 2010

---

MARSHAL'S SALE: By virtue of a Writ of Execution issued out of the United States Court for the Western District of Pennsylvania and to me directed, I shall expose the following real property to public sale at the Erie County Courthouse, Erie, PA hereinafter described property 4230 S. Washington Street, Pennsylvania 16428 being more fully described as follows:
All that certain parcel of land situate in the Township of North East, being Lot No. Four (4) in the plan of Country Creek Subdivision Phase I, Erie County Map Book 35, at Page 124, BEING the same premises conveyed to Larry W. Lafferty and Beth A. Lafferty by deed dated October 11, 1990 and recorded in the Office of the Recorder of Deeds of Erie County, Pennsylvania in Deed Book Volume 140, Page 418 on October 12, 1990.
SAID SALE to be held at the ERIE COUNTY COURTHOUSE, ERIE, PA at 9:30 a.m. prevailing standard time, on November 20, 2006.
All those certain tracts of land, together with the buildings and improvements erected thereon described as Tax Index No. (37) 23-91-14.04, in Erie County Assessment Office Erie, Pennsylvania. Seized and taken in execution as the property of Larry W. Lafferty and Beth A. Lafferty, at the suit of the United States of America, acting through the Under Secretary of Rural Development, on behalf of Rural Housing Service, United States Department of Agriculture, to be sold on Writ of Execution as Civil Action Number 04-303Erie.
TERMS OF SALE: Successful bidder will pay ten percent (10%) by certified check or money order and the remainder of the bid within thirty (30) days from the date of the sale and in the event bidder cannot pay the remainder, the property will be resold and all monies paid in at the original sale will be applied to any deficiency in the price at which the property is resold. On behalf of the U.S. Marshals Service, we are allowing the highest bidder to secure by official bank check or money order the 10% of the highest bid amount within one hour of the conclusion of the sale. Notice is hereby given that a Schedule of Distribution will be filed by me on the thirtieth day after the date of sale, and that distribution will be made in accordance with the Schedule unless exemptions are filed thereto within ten (10) days thereafter. Purchaser must furnish State Realty Transfer Tax Stamps, and stamps required by the local taxing authority. Purchaser shall furnish Marshal with Grantee information at the sale. Marshal's costs, fees and commissions are to be borne by seller. Thomas M. Fitzgerald, United States Marshal. For additional information visit www.resales.usda.gov or contact Patricia Shuffleberger at 717-237-2293.
(10-747600-NT-23-30-6-13)